NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

THE C.W. ZUMBIEL COMPANY, INC.,
*Appellant,*

v.

DAVID J. KAPPOS, DIRECTOR,
UNITED STATES PATENT AND TRADEMARK
OFFICE,
*Appellee,*

AND

GRAPHIC PACKAGING INTERNATIONAL, INC.,
*Cross Appellant.*

---

2011-1332, -1333
(Reexamination No. 95/000,077)

---

Appeals from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**ON MOTION**

---

**O R D E R**

The Director moves without opposition for a 10-day extension of time, until March 29, 2012, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

__MAR 1 6 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Gregory F. Ahrens, Esq.
James F. Vaughan, Esq.
Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 6 2012

JAN HORBALY
CLERK